# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ROBERT AKRIDGE dba HMG
METALS, LLC.
INC.

    Plaintiff,

Vs.

The M/V "ARGOSY VI",
her engines, tackle,
furniture, and appurtenances, etc.,
*In Rem*., and LARRY WIREMAN,
an individual.,
*In Personam.*

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

Civil Action No.: CV _____

IN ADMIRALTY
*IN PERSONAM* and *IN REM*

---

## VERIFIED COMPLAINT
### (*IN REM* AND *IN PERSONAM*)

---

TO THE HONERABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA:

MAY IT PLEASE THE COURT:

The Complaint of ROBERT AKRIDGE dba HMG METALS, LLC against the M/V ARGOSY VI, Official Number 1054147, its gear, appurtenances and other necessaries thereto appertaining and belongings, *in rem*, and LARRY WIREMAN, an individual, *in personam*, in a cause, civil and maritime, for a claim for outstanding indebtedness, secured by the M/V

ARGOSY VI and against LARRY WIREMAN for the amount of the outstanding indebtedness and/or and deficiency and attorneys fees in full payment of that indebtedness, respectfully shows:

I.

ROBERT AKRIDGE dba HMG METALS LLC. ("HMG") was and still is a Marine Contracting and Marine Salvage Company authorized to do and doing business within the State of Alabama.

II.

LARRY WIREMAN, ("Wireman"), is an individual residing at 26165 Canal Rd., Orange Beach, Al., 36561.  He is doing business in the State of Alabama.

III.

The M/V ARGOSY VI with its rigging, tackle, apparel, furniture, engines and all other necessaries thereto appertaining and belonging is now afloat at the port, Buddy Land, LLC., Bayou La Batre,  Alabama and within this district.

IV.

On or about June of 2025, Defendant, Wireman, contacted HMG to salvage,  partially demolish and alter the  M/V ARGOSY VI for the purpose of having it brought into compliance with the Alabama Department of Conservation guidelines for Artificial Reefs so that it could be sunk and put into use as a public reef off the coast of Alabama.  (Exhibit A).

V.

In light of the requirements of the U.S. Coast Guard and the Alabama Department of Conservation pertaining to the removal of potentially hazardous materials prior to sinking, HMG and Wireman entered into a Contract Agreement, whereby HMG was to remove the contents, engines, plumbing, electrical systems, fluids, etc. from the M/V ARGOSY VI.  Further, HMG

was to cut strategically placed holes in the vessel and remove various portions of the superstructure.  All of these actions were to ensure that the M/V ARGOSY VI  was compliant with Coast Guard regulations and The Alabama Department of Conservation guidelines for Artificial Reefs, relevant to reef making.  (See Exhibit A).

VI.

The Contract Agreement between HMG and WIREMAN for these services was a 90/10 split of the salvage value of the removed portions of the vessel, equipment, labor and 10% of the payment to WIREMAN by the State of Alabama for the vessel, once the vessel was sunk.

VII.

HMG performed all of its agreed actions, in compliance with the Agreement and on approximately, December 3, 2025, HMG was "kicked off the project" without cause or payment.

VIII.

There presently is due to HMG an unpaid the sum of approximately $300,00.00 plus 10% of the State of Alabama Contract ($2,500,000.00, once sunk), attorneys fees, costs and all recoverable expenses.

IX.

HMG has performed all of its obligations under the Agreement set forth herein.  HMG has incurred and will incur reasonable attorney's fees and expenses and may make advances and sustain damages from, by reason of, lack of payment of Defendant, Wireman, in amounts not presently known to HMG.

X.

This is an action brought under 46 U.S.C. §§ 31301-31343, § 31325 and is a case of Admiralty, Maritime jurisdiction as herin more fully appears, and is an Admiralty and Maritime claim within the meaning of Rule 9(h).

XI.

All and singular the premises are true and correct and within the Admiralty and Maritime jurisdiction and the civil jurisdiction of the United States of America and of this Honorable Court.

WHEREFORE, AKRIDGE and HMG pray:

1. That process in due form of law according to the course and practice of this Honorable Court in causes of admiralty and maritime jurisdiction may issue against the M/V ARGOSY VI, its rigging, tackle, apparel, furniture, engines and all other necessaries thereunto appertaining and belonging and that all persons claiming any interest in said vessels be cited to appear and answer under oath, all and singular, the matters aforesaid;

2. That defendants, Larry Wireman, be cited to appear and answer under oath, all and singular the matters aforesaid;

3. That the Contract Agreement, be declared a valid, primary and subsisting lien of THREE HUNDRED THOUSAND DOLLARS ($300,000.00) in principal together with 10% of the Alabama Contract, attorneys fees, late charges and all other amounts required to be disbursed by Wireman and all other advances, expenses, attorney's

fees, coasts and disbursements of HMG and Akridge herein with legal interest thereon, such lien to be prior and superior to the interest, liens or claims of any and all persons, firms or corporations whatsoever.;

4. That the M/V ARGOSY VI, its riggings, tackle, apparel, furniture and engines and all other necessaries thereunto appertaining and belonging be condemned and sold to pay the demands and claims aforesaid, with interest and costs and that ROBERT AKRIDGE dba HMG METALS LLC be paid the amount herein demanded be preference and priority over any interveners, if any, in accordance with federal maritime lien law;

5. That it be decreed that any and all persons, firms, or corporations claiming any interest in the M/V ARGOSY VI are forever barred and foreclosed of and from all right or equity of redemption or claim of, in or to the M/V ARGOSY VI or every part thereof;

6. That ROBERT AKRIDGE dba HMG METALS LLC recover from said defendant, LARRY WIREMAN, in the amount of any deficiency that may be due ROBERT AKRIDGE dba HMG METALS LLC after applying the net proceeds of the sale of the M/V ARGOSY VI to the amount of decree;

7. That ROBERT AKRIDGE dba HMG METALS LLC may have such other and further relief as may be equitable and just and this Honorable Court competent to grant.

`

Respectfully submitted,
Attorney for Plaintiffs, Robert Akridge dba
HMG Metals LLC.,


*s/Frank L. Parker Jr.*

_____

FRANK L. PARKER JR. (Parkf5484)
Post Office Box 281
Mobile, Al. 36601
Tel: 251.272.4215
Fax: 877.437.5774
E-mail: Flp@frankparkerlaw.com


**COUSEL FOR ROBERT AKRIDGE DBA HMG METALS LLC WILL PROVIDE SPECIFIC INSTRUCTIONS TO ENABLE THE UNITED STATES MARSHAL**

TO SERVE THE M/V ARGOSY VI, *IN REM*


**THE FOLLOWING DEFENDANTS BY CERTIFIED MAIL, RESTRICTED DELIVERY; RETURN RECEIPT REQUESTED:**

LARRY WIREMAN
26165 Canal Rd.
Orange Beach, Al. 36561